MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY (CBSN 263027)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile (415) 744-0134
E-Mail: sharon.lahey@ssa.com

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| STEPHEN D. HICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 2:17-cv-02480-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER AND LODGE TRANSCRIPT OF CERTIFIED ADMINISTRATIVE RECORD** |

Stephen D. Hicks and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time to respond to the complaint filed in the above-captioned matter and to serve a certified copy of the transcript of the administrative record. The current deadline is March 12, 2018, and the new deadline would be April 11, 2018. This is the first extension of time requested in the above-captioned matter. Defendant requests this additional time due to an internal-agency delay in sending the certified copy of the transcript of the administrative record to the United States Attorney's Office for lodging.

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,<br>LAW OFFICES OF BARBARA M. RIZZO

Dated: March 12, 2018            /s/ *Barbara M. Rizzo**
                                 BARBARA M. RIZZO
                                 Attorney for Plaintiff
                                 [*As authorized by e-mail on March 12, 2018]

Dated: March 12, 2018            MCGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX

                                 By:    /s/ *Sharon Lahey*
                                 SHARON LAHEY
                                 Assistant Regional Counsel

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant shall respond to the complaint filed in the above-captioned matter and serve a certified copy of the transcript of the administrative record on or before April 11, 2018. All other deadlines are modified accordingly.

Dated: March 13, 2018

KENDALL J. NEWMAN<br>UNITED STATES MAGISTRATE JUDGE