1  BARBARA MARIE RIZZO (CSBN 172999)
   Attorney At Law
2  P. O. Box 383103
   Waikoloa, HI  96738
3  Telephone:  808-785-6088
   Fax:  808-440-0699
4  E-Mail:  mail@fedlaborlaw.com
5
   Attorney for Plaintiff Stephen D. Hicks
6

7                       UNITED STATES DISTRICT COURT
8                       EASTERN DISTRICT OF CALIFORNIA
9                            SACRAMENTO DIVISION
10
   _____
11 STEPHEN D. HICKS,              )    Case No.:  2:17-CV-02480-TLN-KJN
                                  )
12              Plaintiff,        )    STIPULATION AND ORDER
                                  )    FOR AN EXTENSION OF TIME FOR
13      v.                        )    PLAINTIFF TO FILE HIS REPLY
                                  )    BRIEF
14 NANCY A. BERRYHILL, Acting     )
   Commissioner of Social Security,)
15                                )
16              Defendant.        )
   _____)
17
        IT IS HEREBY STIPULATED, by and between the parties, through their
18
   respective counsel, that Plaintiff shall have an extension of time of an
19
   additional 30 days to file his Motion for Summary Judgement.  This is the
20
   first continuance sought by Plaintiff.
21
        On November 27, 2017, the Court issued a Procedural Order for Social
22
   Security Review Actions. [Docket No. 3].  The Order states that Plaintiff
23
24 shall file a Motion for Summary Judgment within 45 days after service of the
25 Administrative Record.  Defendant filed the Administrative Record on April
26 11, 2018. [Docket No. 11].  Therefore, Plaintiff's Motion for Summary
27 Judgment is currently due on May 29, 2018.  Plaintiff seeks an extension of
28

   STIPULATION AND [PROPOSED] ORDER        1

time of 30 days to file his Motion for Summary Judgment.  The new due date for Plaintiff's Motion for Summary Judgment will be June 28, 2018.

There is good cause for this request.  There has been a sudden and unexpected death in Plaintiff's family.  In addition, another member of Plaintiff's family has had an accident resulting in a serious injury.  These family emergencies will require Plaintiff's counsel to travel out of town and be out of the office for at least 10 days.  Therefore, Plaintiff is respectfully requesting additional time up to and including June 28, 2018 to file his Motion for Summary Judgment.  This extension of time is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Date:  May 10, 2018          "/s/Sharon Lahey"
                             (As authorized by e-mail on 5/10/2018)
                             SHARON LAHEY
                             Attorney for Defendant

Date:  May 10, 2018          "/s/Barbara Marie Rizzo"
                             BARBARA MARIE RIZZO
                             Attorney for Plaintiff

**ORDER**

APPROVED AND SO ORDERED:

Dated:  May 11, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER          2