MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| STEPHEN D. HICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>    Defendant. | CASE NO. 2:17-cv-02480-TLN-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

STEPHEN D. HICKS (Plaintiff) and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Docket Number 15). Defendant requests this additional time due to unanticipated medical leave from the office. The current deadline is July 19, 2018, and the new deadline would be August 20, 2018. Any reply to the Commissioner's response would be due on or before September 10, 2018. This is the second extension of time requested in the above-captioned matter.

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

BARBARA M. RIZZO

Dated: July 12, 2018        By:   /s/ *Barbara M. Rizzo**
                            BARBARA M. RIZZO
                            Attorney for Plaintiff
                            [*As authorized by e-mail on July 16, 2018]

Dated: July 12, 2018        MCGREGOR W. SCOTT
                            United States Attorney
                            DEBORAH LEE STACHEL
                            Regional Chief Counsel, Region IX


                            By:   /s/ *Sharon Lahey*
                                  SHARON LAHEY
                            Assistant Regional Counsel


### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED. Defendant shall respond to Plaintiff's Motion for Summary Judgment on or before August 20, 2018. Plaintiff shall file any reply on or before September 10, 2018. All other deadlines are modified accordingly.

Dated: July 17, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE